**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**BILL ZIELINSKI,**

    **Plaintiff,**

**-vs-**                 **Case No. 6:08-cv-1090-Orl-22KRS**

**ALBERT KEMPERLE OF FLORIDA,
LLC,**

    **Defendant.**

_____

# ORDER

This cause is before the Court on Joint Motion to Review and Approve FLSA Settlement and Dismiss Action With Prejudice (Doc. No. 39) filed on February 27, 2009.

The United States Magistrate Judge has submitted a report recommending that the Motion be granted in part and denied in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed April 28, 2009 (Doc. No. 42) is ADOPTED and CONFIRMED and made a part of this Order.

2. The Joint Motion to Review and Approve FLSA Settlement and Dismiss Action With Prejudice (Doc. No. 39) is GRANTED in part and DENIED in part. The Court finds the

settlement if a fair and reasonable resolution of a bona fide dispute over FLSA provisions. Further, the Court declines to reserve jurisdiction to enforce the settlement agreement.

3. Counsel for Plaintiff is prohibited from withholding any portion of the $3,300.00 payable to Zielinski under the settlement agreement pursuant to a contingent fee agreement or otherwise. Plaintiff's counsel shall provide Zielinski with a copy of this Order.

4. This case is DISMISSED with prejudice.

5. The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on May 19, 2009.

Copies furnished to:

Counsel of Record

ANNE C. CONWAY
United States District Judge